# United States Bankruptcy Court
## Eastern District of New York

In re  **93 Three Mile Harbor LLC**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **93 Three Mile Harbor LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 31, 2023**  
Date

**/s/ Mark E. Cohen**  
**Mark E. Cohen**  
Signature of Attorney or Litigant  
Counsel for **93 Three Mile Harbor LLC**  
**Pryor & Mandelup, L.L.P.**  
**675 Old Country Road**  
**Westbury, NY 11590**  
**516-997-0999 Fax:516-333-7333**  
**mec@pryormandelup.com**