```
Trinity Financial Services, LLC
c/o Leopold & Associates, Esq.
80 Business Park Drive
Suite 110
Armonk, NY 10504


U.S. Bank National Association, etc.
c/o McCabe Weisberg & Conway LLC
10 Midland Avenue
Suite 205
Port Chester, NY 10573
```