**RESOLUTION AND CONSENT OF MEMBERS OF**
**93 THREE MILE HARBOR LLC**

The undersigned, does hereby certify that he is currently the Sole Member and Managing Member of 93 Three Mile Harbor LLC (the "LLC"), and that at a special meeting of the Members of the LLC held on May 31, 2023, at which a quorum was present and acting throughout, the following resolutions were duly moved and unanimously adopted;

**NOW THEREFORE,** it is hereby:

**RESOLVED**, that in the judgment of the Members, it is desirable and in the best interests of the LLC, to file for bankruptcy protection under Chapter 11 of the United States Bankruptcy Code ("Chapter 7"); and further

**RESOLVED**, that in the judgment of the Members, it is desirable and in the best interest of the LLC, that Michael O'Sullivan, the Sole Member and Managing Member of the LLC be empowered to cause a petition to be filed by the LLC under Chapter 11 upon such date, and in the event, in his discretion, such action should be necessary for the benefit of the LLC without further notice to the members of the LLC; and further

**RESOLVED**, that Michael O'Sullivan be, and he hereby is, authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which she may deem necessary or proper in connection with such proceeding under Chapter 11, and that in connection therewith to retain and employ Pryor & Mandelup, L.L.P. as legal counsel, and to retain and employ all other professionals which he may deem necessary or proper with a view towards a successful conclusion of such a voluntary bankruptcy; and further

**RESOLVED**, that Michael O'Sullivan be, and he hereby is, further authorized, empowered and directed to execute and deliver, in the name and on behalf of the LLC, such certificates, instruments and other documents, and to take such other actions, as may be

necessary or desirable, in his sole discretion, to effectuate the foregoing resolutions.

IN WITNESS WHEREOF, the undersigned has executed this Certificate as of 31st day of May, 2023.

93 Three Mile Harbor LLC

By:  */s/ Michael O'Sullivan*
Michael O'Sullivan, Sole and Managing Member